## EZRA BLISS *v.* NATHANIEL PEARCE.

Where a defendant in an action in which the writ is served in foreign attachment, dies before the filing of the declaration in the suit, the action will be dismissed.

THE writ in this case was served in December, 1853, by a service in foreign attachment, and declaration was filed in this Court on the 14th of March, 1854. It was agreed fact, that after the service of the writ and before the filing of the declaration, the defendant deceased.

*Meggett*, for plaintiff, moved that the administrator of the deceased be cited to defend the suit.

*Weeden*, appearing for the garnishee, opposed, insisting that the action must be dismissed,—the writ having been served only by attachment, which was vacated by the decease of the defendant.

The opinion of the Court was, that "Dismissed—defendant dead," was the proper entry to be made, and order was given accordingly.